**Order entered June 14, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00618-CV

**CHARLES MITCHELL, Appellant**

**V.**

**RUTH HOUSTON, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-14792**

## ORDER

Before the Court is appellant's June 12, 2013 motion requesting a free copy of the clerk's record. Appellant filed an affidavit of indigence in the trial court. No contest to the affidavit was filed. Accordingly, appellant is considered indigent for purposes of this appeal and is allowed to proceed without prepayment of costs.

We **GRANT** appellant's motion to obtain a copy of the clerk's record. We **DIRECT** the Clerk of this Court to send appellant a paper copy of: (1) the clerk's record filed on May 16, 2013; and (2) the supplemental clerk's record filed on May 20, 2013.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE